# JEFFREY M. PATTI, ESQ.
**Attorney at Law**
255 Woodport Road
Sparta, New Jersey 07871

Formerly Patti & Patti, Esqs.
Frank L. Patti (1967-2008)

Telephone (973) 729-5040
Fax (973) 729-4367
www.pattiandpatti.com

RECEIVED
FEB - 4 2010
AT 8:30
WILLIAM T. WALSH
CLERK                M

February 3, 2010

<u>Via fax 609-989-0496</u>
Hon. Freda L. Wolfson, U.S.D.C.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

IT IS SO ORDERED:

_____ 2/3/10
FREDA L. WOLFSON, U.S.D.J.

Re:    <u>Kovalchik v. Wagner, et. al.</u>
       Docket No.:  06-cv-507 (FLW)

                                8-507
Dear Judge Wolfson:

My office represents the plaintiff in the above matter. Returnable before Your Honor on February 1, 2010 was defendant's motion for summary judgment. Per your law clerk Nicole Lemire Garlic's instructions, I am submitting a formal request for a carry of defendant's motion originally returnable February 1, 2010 to March 15, 2010. I have obtained the consent of my adversary.

Please advise if you would like to conference this matter. Thank you for your consideration in this regard.

                                          Respectfully submitted,

                                          PATTI & PATTI, ESQS.

                                          JEFFREY M. PATTI

JMP/
cc:    Thomas A. Keenan, Esq.
       (via fax 201-939-9147)